# United States Bankruptcy Court

Middle District of Georgia

Date: 4/6/21

In re:

    Mary Frances Jackson
    fka Mary Frances Smith
    112 Baywood Drive
    Milledgeville, GA 31061

Debtor(s)

Case No. 92−52737 rfh

Chapter 13

A motion to release unclaimed funds was filed with the court on March 15, 2021. Unfortunately, this file is located at our National Archive Center and will cause a delay in processing your request. Due to the COVID−19 public health emergency, the archive center is only processing limited requests. Please rest assured, as soon as we receive the file, we will review your request for disbursement.

Again, please accept our apologies. If you have any questions or require additional information, please feel free to contact me at 478−749−6844.

Benita Stripling

Deputy Clerk
United States Bankruptcy Court

United States Bankruptcy Court

Middle District of Georgia

In re:  Case No. 92-52737-rfh

Mary Frances Jackson  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113G-5 | User: brs | Page 1 of 1 |
| Date Rcvd: Apr 06, 2021 | Form ID: memo | Total Noticed: 0 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 08, 2021:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Peter J. Lenzenhuber |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 08, 2021       Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Camille Hope | docomt@chapter13macon.com docomt2@chapter13macon.com |
| Danny L. Akin | on behalf of Creditor Darlene Coley notices@akin-webster.com G20331@notify.cincompass.com |
| Wayne Gilleland | on behalf of Debtor Mary Frances Jackson wgilleland@yahoo.com wgilleland@gmail.com;seanokelley2@gmail.com |

TOTAL: 3