**SO ORDERED.**

**SIGNED this 4 day of August, 2021.**



_____
**James P. Smith**
**Chief United States Bankruptcy Judge**

### UNITED STATES BANKRUPTCY COURT
### Middle District of Georgia

| | | |
|---|---|---|
| In re: Mary Frances Jackson | ) | Case No. 92-52737 |
| | ) | |
| *Debtor(s)* | ) | Chapter 13 |

### ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On  March 15, 2021  , an application was filed for the Claimant(s), Pete J. Lenzenhuber, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $ 1141.63 held in unclaimed funds be made payable to Pete J. Lenzenhuber and be disbursed to the payee at the following address: 10330 Forest Trails Dr., Foristell MO 63348. The Clerk will disburse these funds not earlier than 14 days after entry of this order.

**End of Document**